UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: )  Bankruptcy No.: 10-11764
RALPH YULFO, JR. AND DENISE L. YULFO )  R.S. No.: MDZ-001
) Hearing Date: 6/18/10
) Time: 9:00 A.M.
Debtor(s) )
_____ )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 5/11/10 _____ Chapter: 13
    Prior hearings on this obligation: _____ Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____ Source of value: _____
    Contract Balance: $_____ Pre-Petition Default: $_____
    Monthly Payment: $_____ No. of months: _____
    Insurance Advance: $_____ Post-Petition Default: $_____
                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    1550 GRENACHE WAY, SANTA ROSA, CA 95403
    Fair market value: $_____ Source of value: _____ If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal. $_____ Pre-Petition Default: $_____
    As of (date): _____ No. of months: _____
    Mo. payment: $_____ Post-Petition Default: $_____
    Notice of Default (date): _____ No. of months: _____
    Notice of Trustee's Sale: _____ Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ | | | |
| _____ | | | |
| _____ | | | |
| (Total) | $ | $ | $ |

Other pertinent information: DEBTOR IS OCCUPYING PROPERTY AFTER A FORECLOSURE SALE ON 5/3/10 .
Dated: 5/25/10

/S/ MICHAEL D. ZEFF, ESQ.
Signature

Attorney for Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-BR1 Mortgage Pass Through Certificates, Series 2007-BR1