Robert L. Rosenthal, State Bar #74975
Michael D. Zeff, State Bar #78685
ROSENTHAL, WITHEM & ZEFF
16027 Ventura Blvd., Suite 201
Encino, California 91436
(818) 789-7711

Attorney for Movant
Deutsche Bank National Trust Company, as
Trustee under Pooling and Servicing Agreement
dated as of March 1, 2007 Securitized Asset-
Backed Receivables LLC Trust 2007-BR1
Mortgage Pass-Through Certificates, Series
2007-BR1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In Re:

RALPH YULFO, JR. AND DENISE L. YULFO,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)

NOTICE OF MOTION FOR RELIEF FROM
AUTOMATIC STAY (UNLAWFUL
DETAINER)

CHAPTER 7 BANKRUPTCY NO.: 10-11764
DCN: MDZ-1

Date: 6/18/10
Time: 9:00 A.M.
Courtroom: N/A

Notice is hereby given to the Debtor and Trustee, their attorneys, and other interested

parties that on the above date and time and in the indicated courtroom as the US Bankruptcy

Court located at 99 South E. Street, Santa Rosa, CA, the Movant in the above-captioned

proceeding, will move this Court for an Order granting relief from the automatic stay as to the

Debtor and Debtor's estate.

This Motion is being heard on Regular Notice according to the calendaring procedures of

the assigned judge. If you wish to oppose this Motion, you must file and serve on all interested

parties a written response to this Motion with the Bankruptcy Court at least fourteen (14) days

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY
Case: 10-11764    Doc# 18    Filed: 05/26/10    Entered: 05/26/10 17:08:33    Page 1 of 2

prior to the hearing.

If you fail to file a written response to the Motion, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: May 25, 2010

ROSENTHAL, WITHEM & ZEFF

By:

MICHAEL D. ZEFF, ESQ.
Attorney for Plaintiff
Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated as of March 1, 2007 Securitized Asset-Backed Receivables LLC Trust 2007-BR1 Mortgage Pass-Through Certificates, Series 2007-BR1

2

Case: 10-11764    Doc# 18    Filed: 05/26/10    Entered: 05/26/10 17:08:33    Page 2 of 2