DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

YULFO, RALPH JR. and DENISE L.
4045 CALLOWAY DRIVE
SANTA ROSA, CA 95409

                                    Debtor(s)

Chapter 13
Case No:  10-1-1764 AJ13
Date:      August 31, 2011
Time:      1:30 PM
Ctrm:      U.S. Bankruptcy Court
              99 South E. Street
              Santa Rosa, CA 95404

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1.  This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.  This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which can be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on May 11, 2010.

4. This motion for dismissal is made for cause pursuant to 11 U.S.C. §1307(c)(1).

5. Cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.   You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    July 15, 2011                    DAVID BURCHARD
                                           DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:<br><br>YULFO, RALPH JR. and DENISE L.<br>4045 CALLOWAY DRIVE<br>SANTA ROSA, CA 95409<br><br>                    Debtor(s) | Chapter 13<br>Case No: 10-1-1764 AJ13<br>Date:     August 31, 2011<br>Time:    1:30 PM<br>Ctrm:   U.S. Bankruptcy Court<br>            99 South E. Street<br>            Santa Rosa, CA 95404 |

### DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
### DAVID BURCHARD'S, MOTION TO DISMISS CASE
### PRIOR TO CONFIRMATION
### AND CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could, and would, competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1.  Debtor(s) filed the instant bankruptcy petition on May 11, 2010.

2.  As of the date hereof, the following fact(s) exists as cause for dismissal:

      _____    Failure to make required payments to the Trustee as due under Chapter 13 Plan.
      _____    Failure to attend Section 341 Meeting of Creditors scheduled on ___.
      ____X____    Failure to respond to Trustee's requests made at least 30 days prior – see attachment.

        I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 15, 2011 in Foster City, California.

Dated: July 15, 2011

                          DAVID BURCHARD
                          DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion** of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the **Declaration** in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

YULFO, RALPH JR. and DENISE L.
4045 CALLOWAY DRIVE
SANTA ROSA, CA 95409

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

Dated: July 15, 2011

LILIAN TSANG
LILIAN TSANG

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re:

YULFO, RALPH JR. and DENISE L.
4045 CALLOWAY DRIVE
SANTA ROSA, CA 95409

Debtor(s)

Case No.: 10-1-1764 AJ13
Chapter 13

**ATTACHMENT TO TRUSTEE'S MOTION TO DISMISS, PRE-CONFIRMATION**

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. The Debtors' plan does not meet the requirements of 11 U.S.C. §1325(b), as the plan payment is insufficient to pay all priority and administrative claims, and therefore, the plan is not feasible. The source of the non-feasibility appears to result from the following factors: Schedule D has been amended to add Consolidated Resorts; however, the plan makes no provision for said creditor. Trustee requested Debtors' counsel amend the plan, or in the alternative, file an objection to said claim. Debtors have failed

2. The Trustee requested copies of Debtors' payment advices received in the last six months prior to the filing of the Bankruptcy (November 2009 through April 2010), or in the alternative, a declaration that details why pay advices cannot be provided. Debtors have failed to provide the advices or file a declaration.

3. Scheduel I reflects Debtors' 26-year old daughter as dependent. Trustee requested clarification. Debtors have failed to provide clarification or amended schedule.

4. Schedule I reflects a payroll deduction of $131.08 and $307.67 for "401K/RSP07." Trustee requested verification of both deductions. Debtors have failed to provide verification.

5. Schedule I also reflects a payroll deduction of $132.17 for "Vehicle Use." Trustee requested verification of this deduction. Debtors have failed to provide verification.

6. Schedule A reflects the value of Debtors' time share located in Tahiti Village as $8,000.00. Trustee requested verification of how Debtors arrived at this value. Debtors have failed to provide verification.