Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                               Case No.    10-11764

Ralph Yulfo, Jr. and Denise L Yulfo                  Chapter     13
        Debtor(s)
_____/

CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2011, a copy of above CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN OF AUGUST 17, 2011 was served, to the Chapter 13 Trustee, electronically and to the creditors listed on the attached court creditor list by first-class mail.

Date: August 22, 2011              /s/ Evan Livingstone
                                   Evan Livingstone

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 10-11764<br>Northern District of California<br>Santa Rosa<br>Mon Aug 22 16:55:48 PDT 2011 | U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404-6527 | Cal State Central Cr U<br>1205 N Dutton Ave<br>Santa Rosa, CA 95401-4607 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Dennis/Fulton<br>by PRA Receivables Management, LLC<br>P.O. Box 12907<br>Norfolk, VA 23541-0907 |
| Consolidated Resorts, Inc.<br>801 S. Rampart Blvd, Suite 200<br>Las Vegas, NV 89145-4898 | Franchise Tax Board<br>Bankruptcy Section MS A430<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Gemb/Jcp<br>Po Box 981402<br>El Paso, TX 79998-1402 |
| (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Kay Jewelers<br>375 Ghent Rd<br>Akron, OH 44333-4600 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA |
| Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sterling Inc., dba KAY JEWELERS<br>c/o Weltman Weinberg & Reis<br>P.O. Box 93784<br>Cleveland, Ohio 44101-5784 |
| Sterling Inc., dba Kay Jewelers<br>c/o Weltman Weinberg and Reis<br>965 Keynote Circle<br>Brooklyn Hts, OH 44131-1829 | Daniel B. Beck<br>Beck Law, P.C.<br>2681 Cleveland Ave.<br>Santa Rosa, CA 95403-2710 | David Burchard<br>393 Vintage Park Drive<br>Suite 150<br>Foster City, CA 94404-1172 |
| Denise L Yulfo<br>4045 Calloway Dr.<br>Santa Rosa, CA 95409-4141 | Ralph Yulfo Jr<br>4045 Calloway Dr.<br>Santa Rosa, CA 95409-4141 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Homeq Servicing<br>Po Box 13716<br>Sacramento, CA 95853 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | (d)Sprint Nextel Distribution<br>Attn Bankruptcy Dept<br>PO Box 3326<br>Englewood CO 80155-3326 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, as T | (u)Cal State Central CU<br>[Address Unknown] | (u)Home Eq Servicing<br>[Address Unknown] |
| (u)Sonoma County<br>[Address Unknown] | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    4<br>Total               23 | |